FILED: September 26, 2013

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 11-5141

(8:10-cr-00753-AW-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

MICHAEL ALEXANDER BARILLAS, a/k/a Jose Fermin Vasquez

       Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file a supplemental reply brief, the court grants the motion and directs the filing of the supplemental reply brief on or before October 3, 2013.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk